COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Kozlowski    Matthew    M**
   (Last)      (First)      (Initial)

Prisoner Number **P82055**

Institutional Address **Mule Creek State Prison, P.O. Box # 409020 IONE, Ca. 95640-900**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Kozlowski Matthew**
(Enter the full name of plaintiff in this action.)

vs.

**Charles D. Lee &**
**Robert Bowman**

(Enter the full name of the defendant(s) in this action)

Case No. **CV 08 0954**
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **Mule Creek State Prison**

B.   Is there a grievance procedure in this institution?

      YES (X)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

      YES (X)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the
~~SVSP~~ **05-03393**

COMPLAINT          - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  *LoG number* **05-03383**   Date **9/10/05**
   *Denied at informal level*

2. First formal level  *LoG number* **05-03383**   Date **11/7/05**
   *Partially Granted at First level*

3. Second formal level  *LoG number* **05-03383**   Date **2/24/06**
   *Partially Granted at second level*

4. Third formal level  *LoG number* **05-03383**   Date **6/8/06**
   *Denied at third level*

E.  Is the last level to which you appealed the highest level of appeal available to you?

  YES [X]   NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why. _____

II.  Parties

  A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

  *Matthew Kozbwski P82055*
  *Mule Creek State Prison*
  *P.O. Box #409020*
  *IONE, Ca- 95640-9000*

  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                     - 2 -

1        place of employment.
2   Charle D. Lee     cheif medical at Salinas Valley Prison.
3   Robert Bowman     Doctor at salinas valley Prison

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Both Defendents Charles D. Lee & Robert Bowman are directly involved in this suite - They both saw me medically from 6/6/05 to 11/1/05 & I have paperwork as proff. Point is I was left in a cell for over 5½ months with a huge hole in my calf 1inch by 2 inchs with 2 chips of bone coming out my leg. From the beginning of the defendents seeing me they both knew I had ostiomyolites in my calf & it had been recamended that I be given IV antibiotic treatment by other doctors who had seen me. Both Defendents were in Charge of my medical care. Since I was not given treatment until 5½ months after the diagnosis was made the infection soaked in so deep that I had to have surgery. & The Doctor who did the surgery said he cut out as much bone as he could with out amputating my leg & I still might have to have it amputated in the Futver. I am filing under Cruel& Unusual Punishment,& Deliberit Endifference. Violation of 8TH Amendment

IV.   Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I would like to be awarded ~~$100,000,000~~ $1,000,000, & would

COMPLAINT       - 3 -

1 | like A letter of apoulage From defendents.

7  I declare under penalty of perjury that the foregoing is true and correct.

Signed this  7  day of  February , 20 08

_____Kozlowski Matthew_____
(Plaintiff's signature)

COMPLAINT                                - 4 -