FILED
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kozlowski, Matthew

          Plaintiff,

vs.

Charles D. Lee &
Robert Bowman

          Defendant.

CASE NO. 08 0954

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Matthew Kozlowski, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A           Net: N/A

Employer: N/A

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

   _Never have I ever had a job._

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment — Yes ___ No _X_

   b. Income from stocks, bonds, or royalties? — Yes ___ No _X_

   c. Rent payments? — Yes ___ No _X_

   d. Pensions, annuities, or life insurance payments? — Yes ___ No _X_

   e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No _X_

   If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.  _N/A_

3. Are you married? — Yes ___ No _X_
   Spouse's Full Name: _N/A_
   Spouse's Place of Employment: _N/A_
   Spouse's Monthly Salary, Wages or Income:
   Gross $ _N/A_  Net $ _N/A_

4. a. List amount you contribute to your spouse's support: $ _N/A_

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
N/A
_____

5. Do you own or are you buying a home?   Yes ___  No ✗
Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

6. Do you own an automobile?   Yes ___  No ✗
Make N/A   Year N/A   Model N/A
Is it financed? Yes N/A  No N/A  If so, Total due: $ N/A
Monthly Payment: $ N/A

7. Do you have a bank account?   Yes ___  No ✗  (Do not include account numbers.)
Name(s) and address(es) of bank: N/A
_____
Present balance(s): $ N/A
Do you own any cash?   Yes ___  No ✗   Amount: $ N/A
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___  No ✗
N/A

8. What are your monthly expenses?
Rent: $ N/A   Utilities: N/A
Food: $ N/A   Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____I owe $5,000.00 in restitution to the courts_____
4  _____for the crime I am incarcerated for._____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ☒  No ☒ → NO
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  _2/7/08_                      _Kylowski Matthew_
17    DATE                            SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Kozlowski Matthew_ for the last six months at

[prisoner name]

_Mule Creek State Prison_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____            _____
                              [Authorized officer of the institution]

-5-