FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kozlowski, Matthew

Plaintiff,

vs.

Charles D. Lee &
Robert Bowman

Defendant.

CV 08 0954

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Matthew Kozlowski, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Never have I had A Job, I have been in_
5  _prison since I was 18 years old, & before that_
6  _Juvenile hall._

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                         Yes ___  No _X_
10         self employment
11    b.   Income from stocks, bonds,                      Yes ___  No _X_
12         or royalties?
13    c.   Rent payments?                                  Yes ___  No _X_
14    d.   Pensions, annuities, or                         Yes ___  No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,              Yes ___  No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _I did ~~not~~ resently settle for $5000⁰⁰ in another case which all_
22 _went twords my $10,000 restitution by law._

23 3.  Are you married?                                    Yes ___  No _X_
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $ _N/A_
28 4.  a.  List amount you contribute to your spouse's support: $ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). N/A

5. Do you own or are you buying a home?   Yes ___ No _X_
Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

6. Do you own an automobile?   Yes ___ No _X_
Make N/A   Year _____   Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ N/A
Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A
Do you own any cash? Yes ___ No _X_ Amount: $ N/A
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8. What are your monthly expenses?
Rent: $ N/A   Utilities: N/A
Food: $ N/A   Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  I still owe restitution to courts.
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  Northern district - case Number C 06-3006
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  2/29/08                         Roylowski, Matthew
17     DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: CV 08 0954

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Matthew Kozlowski_ for the last six months
[prisoner name]
_Mule Creek State Prison_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _26.88_.

Dated: _3-12-08_                     _/s/ A. Littlejohn_
                                     [Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-12-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _/s/ A. Littlejohn_
TRUST OFFICE

| TRAN DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/01/2007 | | BEGINNING BALANCE | | | | | 82.96 |
| 09/27 | W516 | LEGAL COPY CH 9925 | | | | 0.90 | 81.96 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 12/10 | W516 | LEGAL COPY CH 1127 | | | | 0.40 | |

BEGINNING BALANCE: 82.96
TOTAL DEPOSITS: 0.00
TOTAL WITHDRAWALS: 82.96
CURRENT BALANCE: 0.40

TRUST ACCOUNT SUMMARY

HOLD BALANCE: 0.00
TRANSACTIONS TO BE POSTED: 0.00
CURRENT AVAILABLE BALANCE: 0.40



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-12-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

M-C-S-P
P.O. Box# 409020  3-133
IONE, Ca, 95640

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Matthew Kozlo
M-C-S-P
P.O. Box# 409020  3-133
IONE, Ca, 95640

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS