1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11   MATTHEW M. KOZLOWSKI,           )
                                      )      No. C 08-00954 JW (PR)
12              Plaintiff,             )
                                      )      ORDER DIRECTING PLAINTIFF
13        vs.                         )      TO FILE COMPLETE *IN FORMA*
                                      )      *PAUPERIS* APPLICATION
14   CHARLES D. LEE, et al.           )
                                      )
15              Defendants.           )
                                      )
16                                    )
17   _____

18         On February 14, 2008, plaintiff filed this pro se civil rights action pursuant to

19   42 U.S.C. § 1983.  On that same day, plaintiff filed an application to proceed in

20   forma pauperis.  However, the application was deficient as plaintiff failed to submit

21   the following with the application: 1) Certificate of Funds in Prisoner's Account

22   completed and signed by an authorized prison official, and 2) a copy of plaintiff's

23   trust account statement showing transactions for the last six months.  Therefore, the

24   clerk of the Court sent plaintiff a notice on the same day directing him to file the

25   missing documents within thirty days to avoid dismissal of the action.

26         On March 17, 2008, plaintiff filed another motion to proceed in forma

27   pauperis, attaching a completed Certificate of Funds in Prisoner's Account.

28   However, plaintiff failed to provide a copy of plaintiff's trust account statement

1  showing transactions for the last six months preceding the date when plaintiff filed

2  the instant complaint.

3        Plaintiff is ordered to file the statement with the Court to complete the <u>in</u>

4  <u>forma</u> <u>pauperis</u> application no later than **thirty (30) days** from the date of this order,

5  or in the alternative, to pay the full filing fee.

6        **Failure to do comply with this order in the time provided will result in**

7  **the dismissal of the case without prejudice without further notice to plaintiff.**

8

9  DATED: _____June 30, 2008_____        _James Ware_____

10                                            JAMES WARE
                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order Directing P to file Complete IFP Application
P:\PRO-SE\SJ.JW\CR.08\Kozlowski00954_ifp-def.wpd        2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

MATTHEW M KOZLOWSKI,

    Plaintiff,

 v.

CHARLES D LEE, et al.,

    Defendants.

_____/

Case Number: CV08-00954 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/9/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew M. Kozlowski P 82055
Mule Creek State Prison
P. O. Box 409020
Ione, Ca 95640-900

Dated: _____7/9/2008_____

      Richard W. Wieking, Clerk
     /s/By: Elizabeth Garcia, Deputy Clerk