```
                                    FILED
                                 2008 JUL 30 P 2:58
                                 RICHARD W. WIEKING
                                       CLERK
                                 U.S. DISTRICT COURT
                                 NO. DIST. OF CA. S.J.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Matthew Kozlowski, Plaintiff,

vs.

Charles D. Lee, et al.

Defendant.

CASE NO. C 08-00954 JW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Kozlowski Matthew, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___    No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __NA__    Net: __NA__

Employer: __NA__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____

- 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_Never have I been employed_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?     Yes ___ No _X_

    c. Rent payments?     Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?     Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. _NA_

3. Are you married?     Yes ___ No _X_

Spouse's Full Name: _NA_

Spouse's Place of Employment: _NA_

Spouse's Monthly Salary, Wages or Income:

Gross $ _0_     Net $ _0_

4. a. List amount you contribute to your spouse's support: $ _0_

    b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____     -2-

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NA _____

5. Do you own or are you buying a home?   Yes ___ No _X_
Estimated Market Value: $___0___ Amount of Mortgage: $___0___

6. Do you own an automobile?   Yes ___ No _X_
Make __NA__ Year __NA__ Model __NA__
Is it financed? Yes ___ No __NA__ If so, Total due: $ __NA__
Monthly Payment: $ __NA__

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: __NA__
_____ NA _____
Present balance(s): $ __NA__
Do you own any cash? Yes ___ No _X_ Amount: $ __0__
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_
_____

8. What are your monthly expenses?
Rent: $ __0__       Utilities: __$0__
Food: $ __0__       Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NA | $ NA | $ NA |
|  | $ |  $ |
|  | $ |  $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)   I Owe $5,250 in Restitution

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____

- 3 -

1 *I owe $5,250 in restitution*

2

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                          Yes ____  No X

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7

8

9         I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11         I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  7/14/08                              Koplauski Matthew

15       DATE                                        SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 4 -

Case Number: **C08-00954**

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Kozlowski Matthew** for the last six months at

[prisoner name]

**Mulecreek state Prison** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **.07**.

Dated: **7-24-08**

*S. Littlejohn*

[Authorized officer of the institution]

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         MULE CREEK STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 24, 2008

ACCOUNT NUMBER  : P82055                 BED/CELL NUMBER: A 010000000143L
ACCOUNT NAME    : KOZLOWSKI, MATTHEW MARK ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                                  TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION        COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------------  ----------  ---------   --------   -----------   -------

01/01/2008    BEGINNING BALANCE                                                      0.40

05/27   W502  POSTAGE CHARG 0523 4393                                     0.17       0.23


                             * RESTITUTION ACCOUNT ACTIVITY


DATE SENTENCED: 06/02/00                              CASE NUMBER: H27383
COUNTY CODE:    ALA                                   FINE AMOUNT: $    10,000.00

                                                        TRANS. AMT.        BALANCE
DATE          TRANS.  DESCRIPTION                       -----------        -------

01/01/2008    BEGINNING BALANCE                                          10,000.00

07/09/08      VP55    PLRA REST. PAYMENT UPDATE          4,750.00-        5,250.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED
---------    --------    -----------   -------      -------    ------------
   0.40        0.00         0.17         0.23        0.00          0.0

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
                                                             0.2
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *[signature: S. Littlejohn]*
TRUST OFFICE

Matthew Kozlowski P82055
M.C.S.P.
P.O. Box #409020
IOnE, Ca, 95640-9000

 143



Office OF The Clerk, U.S. District court
Northern District Of California
280 South First Street, Room 2112
San Jose, California-95113-3095

Legal mail

CC/ Bennett 7-25-08

Legal mail