AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MATTHEW M KOZLOWSKI ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV 08-00954 JW |
| CHARLES D LEE ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
  *Charles D. Lee*
  *Salinas Valley State Prison*
  *31625 Highway 101*
  *Soledad, Ca., 93960*

A lawsuit has been filed against you.

  Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

*Matthew M. Kozlowski - pro se*
*P-82055*
*Mule Creek State Prison*
P.O. Box 409020
Ione, Calif., 95640

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                               *Richard W. Wieking*
                                                               _____
                                                               Name of clerk of court

                                                               *Cindy Vargas*
Date:  August 27, 2008                                         _____
                                                               Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____ _____ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: _____

                                                              Server's signature

                                                              Printed name and title

                                                              Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| MATTHEW M KOZLOWSKI )<br>Plaintiff )<br>v. )<br>CHARLES D LEE )<br>Defendant ) | Civil Action No.   CV 08-00954 JW |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   **Robert Bowman**
   **Salinas Valley State Prison**
   **31625 Highway 101**
   **Soledad, Ca., 93960**

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

*Matthew M. Kozlowski - pro se*
*P-82055*
*Mule Creek State Prison*
P.O. Box 409020
Ione, Calif., 95640

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
_____
Name of clerk of court

*Cindy Vargas*
Date: __August 27, 2008__         _____
                                   Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_\_0.00\_\_\_\_\_ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address